UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY; and THE OHIO CASUALTY INSURANCE COMPANY,<br><br>                  Plaintiffs,<br><br>v.<br><br>REICHHARDT & EBE ENGINEERING, INC.; THE CITY OF MOUNT VERNON; and COMMERCIAL COLD STORAGE, INC.,<br><br>                  Defendants. | No. 2:21-cv-00972-RSL<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

The Court having reviewed the Stipulation for Order of Dismissal of All Claims Between Plaintiffs and the City of Mount Vernon,

IT IS HEREBY ORDERED that all claims asserted between Plaintiffs and the City of Mount Vernon are hereby dismissed with prejudice pursuant to settlement and without an award of attorneys' fees, costs or expenses to any party.

Dated this 18th day of November, 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE - 1
Case No. 2:21-cv-00972-RSL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

Presented by:

| | |
|---|---|
| */s/ Jared F. Kiess* <br> Michael A. Guadagno, WSBA #34633 <br> Jared F. Kiess, WSBA #54532 <br> BULLIVANT HOUSER BAILEY PC <br> 925 Fourth Avenue, Suite 3800 <br> Seattle, WA  98104 <br> Telephone: 206.292.8930 <br> Email: michael.guadagno@bullivant.com <br> Email: jared.kiess@bullivant.com <br><br> *Attorneys for Plaintiffs* | */s/ Jason R. Donovan* <br> Kevin Rogerson, WSBA #31664 <br> City Attorney <br> City of Mount Vernon <br> 910 Cleveland Avenue <br> Mount Vernon, WA 98273-4212 <br> Telephone: 360.336.6203 <br> Email: kevinr@mountvernonwa.gov <br><br> and <br><br> Jason R. Donovan, WSBA #40994 <br> 1111 Third Avenue, Suite 3000 <br> Seattle, Washington  98101-3292 <br> Telephone: 206.447.4400 <br> Facsimile: 206.447.9700 <br> Email: j.donovan@foster.com <br><br> *Attorneys for Defendant City of Mount Vernon* |

ORDER OF DISMISSAL WITH PREJUDICE - 2
Case No. 2:21-cv-00972-RSL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700