UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OHIO SECURITY INSURANCE COMPANY; and THE OHIO CASUALTY INSURANCE COMPANY,

Plaintiff,

v.

REICHHARDT & EBE ENGINEERING, INC.; THE CITY OF MOUNT VERNON; and COMMERCIAL COLD STORAGE, INC.,

Defendant.

No.: 2:21-cv-00972-RSL

STIPULATED MOTION AND ORDER TO CONTINUE BRIEFING DEADLINES AND NOTING DATE FOR OHIO'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs Ohio Security Insurance Company and The Ohio Casualty Insurance Company (together, "Ohio") and Defendant Reichhardt & Ebe Engineering, Inc. ("R&E") (together with Ohio, the "Parties") submit this Stipulated Motion to Continue Briefing Deadlines and Noting Date for Ohio's Motion for Summary Judgment.

Ohio filed its Motion for Summary Judgment (Dkt. 19) (the "Motion") on November 8, 2021, noting the Motion for consideration on December 3, 2021. Ohio subsequently reached a settlement with Defendant City of Mount Vernon. Ohio and R&E are currently exploring options to resolve this case.

1  The Parties hereby stipulate that all deadlines associated with the Motion be extended by two weeks in order to allow the Parties additional time to explore a potential resolution of this case.  Accordingly, the Parties stipulate that the noting date for Ohio's Motion be continued to December 17, 2021, with R&E's response brief due on December 13, 2021 and Ohio's reply due on December 17, 2021.

IT IS SO ORDERED this 19th day of November 2021.

*/s/ Robert S. Lasnik*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

BULLIVANT HOUSER BAILEY PC


By*/s/ Jared F. Kiess*
    Michael A. Guadagno, WSBA #34633
    E-mail:  michael.guadagno@bullivant.com
    Jared F. Kiess, WSBA #54532
    E-mail:  jared.kiess@bullivant.com

*Attorneys for Plaintiffs*


MONTGOMERY PURDUE PLLC


By*/s/ Henry G. Ross*
    Scott B. Easter, WSBA #5599
    Email:  sbe@montgomerypurdue.com
    Henry G. Ross, WSBA #51591
    Email:  hross@montgomerypurdue.com

*Attorneys for Defendant Reichhardt & Ebe Engineering, Inc.*

4885-3215-7188.1

STIPULATED MOTION TO CONTINUE BRIEFING DEADLINES AND NOTING DATE FOR MOTION FOR OHIO'S SUMMARY JUDGMENT NO.: 2:21-CV-00972-RSL    PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930