# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY; and THE OHIO CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>REICHHARDT & EBE ENGINEERING, INC.; THE CITY OF MOUNT VERNON; and COMMERCIAL COLD STORAGE, INC.,<br><br>Defendant. | No.: 2:21-cv-00972-RSL<br><br>STIPULATED MOTION FOR DISMISSAL |

Plaintiffs Ohio Security Insurance Company and The Ohio Casualty Insurance Company (together "Ohio") and Defendant Reichhardt & Ebe Engineering, Inc. ("R&E") have resolved their claims and hereby stipulate that all claims against one another in this matter shall be dismissed with prejudice and without costs to any party.

All claims of every other party having already been dismissed (*See* Dkts. 10 & 24), this matter shall be dismissed in its entirety.

//

STIPULATION AND ORDER OF DISMISSAL
NO.: 2:21-CV-00972-RSL

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

IT IS SO ORDERED this 3rd day of December 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

BULLIVANT HOUSER BAILEY PC


By */s/ Jared F. Kiess*
    Michael A. Guadagno, WSBA #34633
    E-mail: michael.guadagno@bullivant.com
    Jared F. Kiess, WSBA #54532
    E-mail: jared.kiess@bullivant.com

*Attorneys for Plaintiffs*


MONTGOMERY PURDUE PLLC


By */s/ Henry G. Ross*
    Scott B. Easter, WSBA #5599
    Email: sbe@montgomerypurdue.com
    Henry G. Ross, WSBA #51591
    Email: hross@montgomerypurdue.com

*Attorneys for Defendant Reichhardt & Ebe Engineering, Inc.*

4894-0347-0341.1

STIPULATION AND ORDER OF DISMISSAL
NO.: 2:21-CV-00972-RSL

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930